HEIDE KURTZ, TRUSTEE
2515 S. WESTERN AVENUE
SUITE 11
SAN PEDRO, CA 90732
Tel: (310) 832-3604

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CASE NUMBER |
|---|---|
| PERKINS, MICHAEL | 2:09-BK-23333 SB<br>Chapter 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341 (a)] |
| Debtor(s). | |

COUNSEL:   ZZ PRO SE, SE

TO THE ABOVE NAMED DEBTOR (S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 07/10/09 at 11:00am in Room 102, U.S. TRUSTEES OFFICE, 725 S. Figueroa Street, Los Angeles, CA 90017 for the reason set forth below:

☐ (1) You failed to appear at the 341 (a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, your case may be dismissed.

☐ (2) Your schedules are incomplete. Unless amended schedules are filed and served upon me before the continued hearing date, a motion will be filed to dismiss your case.

☐ (3) You are required to provide the information and/or documentation requested at your initial 341(a) meeting.

☐ (4) You appeared at the previously scheduled 341(a) meeting but you failed to provide adequate identification and/or Social Security information. You must appear at the time and date listed above. Failure to do so will result in your case being dismissed.

☒ (5) Other: US TRUSTEE DOCUMENT PRODUCTION

Dated: June 29, 2009

_____
HEIDE KURTZ