# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **PERKINS, MICHAEL**     Atty Name (if applicable): _____

Street Address: **4143 VIA MARINA #515**    CA Bar No. (if applicable): _____

**MARINA DEL REY**    Atty Fax No. (if applicable): _____

Filer's Telephone No.: **310-902-8297**

In re:

**PERKINS, MICHAEL**

Case No.: **2:09-bk-23333-SB**

Chapter 7 **✓**    11 _____    13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes **✓**    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____  B ____  C ____  D **✓**  E ____  F ____  G ____  H ____  I ____  J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **MICHAEL PERKINS**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **7/15/09**

_____
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

FILED
JUL 20 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*SEE REVERSE SIDE**

B-1008 *Revised November 2003*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: __7/18/09__         __MICHAEL PERKINS__
                           Print or Type Name

                           _[signature]_
                           Signature

(SEE ATTACHED MAILING LIST.)

Heide Kurtz
Trustee
2515 S. Western Ave. Suite 11
San Pedro, CA  90732


Wachovia Dealer Services
PO Box 168048
Irving, TX  75016-8048

Form B6D - (12/07)                                                                                                2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| PERKINS, MICHAEL    Debtor. | | 2:09-bk-23533-SB (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judg[ments, ... dee]ds of trust, and other security interests.

List creditors in alphabetical order [...], state the child's initials and the name and address of the child's parent or gua[rdian ... guard]ian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bar[...] this page, use the continuation sheet provided.

If any entity other than a spouse i[n ...] "X" in the column labeled "Codebtor," include the entity on the appropriate s[... de]btors. If a joint petition is filed, state whether the husband, wife, both of the[m ...] by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, o[r ...]

If the claim is contingent, place an [...] nliquidated, place an "X" in the column labeled "Unliquidated." If the claim is d[...] (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount [...] Jnsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of t[he ... colu]mn labeled "Amount of Claim Without Deducting Value of Collateral" also on [... ind]ividual with primarily consumer debts, report the total from the column labeled [... o]f Certain Liabilities and Related Data.

*REVISED SCHEDULE D*

☐ Check this box if debtor has no cre[ditors...].

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTI | UNLIQUI | DISP | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 4495    WACHOVIA DEALER SERVICES  P.O. BOX 168048  IRVING, TX 75016-8048 | | | 7/2004  PURCHASE OF 2003 LAND ROVER DISCOVERY  Value $ 5600— | | | | $8551.00 | |
| Last four digits of ACCOUNT NO.    Value $ | | | | | | | | |
| Last four digits of ACCOUNT NO.    Value $ | | | | | | | | |

___ Continuation Sheets attached

Subtotal (Total of this page) ▶ $ 8551.00

Total (Use only last page) ▶ $ 8551.00

(Report total also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Verification of Creditor Mailing List - (Rev. 10/05)                          2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  _PERK_

Address  _4143,_

Telephone  _310-_

☐ Attorney for Debto
☒ Debtor in Pro Per

_REVISED MASTER MAILING LIST_

_DEL REY, CA 90292_

:Y COURT
IFORNIA

No.: _2:09-bk-23333-SB_

Chapter: _7_

List all names including t
8 years):

_MICHAEL PERKINS_

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _7/15/09_

_[signature]_
Debtor

_____          _____
Attorney (if applicable)                      Joint Debtor

Michael Perkins
4143 Via Marina #515
Marina Del Rey, CA  90292

America Express
PO Box 981535
El Paso, TX 79998-1535

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citi Customer Service
Box 6000
The Lakes, NV 89163-6000

HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084

IRS
PO Box 21126
Philadelphia, PA 19114

Nelnet
PO Box 82561
Lincoln, NB 68501-2561

Nordstrom Bank
PO Box 6555
Englewood, CO  80155


Wachovia Dealer Services
PO Box 168048
Irving, TX  75016-8048

Case 2:09-bk-23333-SB    Doc 11    Filed 07/20/09    Entered 07/27/09 15:07:11    Desc
Main Document    Page 8 of 8