Form B23 (Official Form 23) – (12/08)                                                                                           2008 USBC, Central District of California

**United States Bankruptcy Court**
**Central District Of California**

FILED
AUG 06 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

| In re: Michael Perkins | CHAPTER NO.: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:09-bk-23333-SB |

## DEBTOR'S CERTIFICATION OF COMPLETION
## OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING
## PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, __MICHAEL PERKINS__, the debtor in the above-styled case, hereby certify that on
(Print Name of Debtor)

__8/5/09__. I completed an instructional course in personal financial management provided by
(Date)

__111 EDUCATION.COM, INC__, an approved personal financial management provider.
(Name of Provider)

Certificate No. (if any): __12901-CAC-DE-0079164130__

☐ I, _____, the debtor in the above-styled case, hereby certify that no
(Printed Name of Debtor)

personal financial management course is required because of: *[Check the appropriate box.]*

☐    Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐    Active military duty in a military combat zone; or

☐    Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date __8/5/09__                    Signature of Debtor: _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (see Fed. R. Bankr. P. 1007(c).)

026150

Certificate Number: 12901-CAC-DE-007916430

Bankruptcy Case Number: 09-23333

## CERTIFICATE OF DEBTOR EDUCATION

FILED
AUG 06 2009
CLERK U.S. BANKRUPTCY
CENTRAL DISTRICT OF CALIF
BY

I certify that on August 5, 2009, at 2:33 o'clock AM PDT Michael Perkins completed a course on personal financial management given by internet by 111Education.com, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: August 5, 2009    By    /s/Kevin M Griffin

    Name    Kevin M Griffin

    Title    Vice President